IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| HUGHETTE YOUNG, <br><br> Plaintiff. <br><br> vs. <br><br> FRANK COWNIE, in his official capacity as Mayor of Des Moines, Iowa, <br><br> Defendant. | No. 4:20cv00338-JAJ <br><br><br> **ORDER** |

      This matter comes before the court pursuant to the plaintiff's November 2, 2020 Motion for Leave to Proceed In Forma Pauperis.   [Dkt. 2]   The motion is denied.   The Complaint in this matter is dismissed and in forma pauperis status for purposes of appeal is denied.

      In this case, the plaintiff alleges that she is a recent law school graduate specializing in constitutional law.  She contends that an August 2020 proclamation of Des Moines, Iowa Mayor Franklin Cownie requiring face masks in public places during the pandemic violates her right of free speech by "literally blocking plaintiff's ability to communicate audibly, clearly and expressively (e.g., by violating plaintiff's right to smile at others)." The plaintiff is a citizen of Oregon seeking employment and relocation to anyplace where there is opportunity but no mask mandate.   She further claims that the requirement of a filing fee denies her First Amendment rights.

      This is not the only place that plaintiff has attempted to sue public officials for the imposition of a mask requirement.   The court honors the many United States district judges who have painstakingly demonstrated the plaintiff's lack of standing, her failure to state a claim upon which relief can be granted and, of course, her failure to allege facts entitling her to preliminary injunctive relief.   This court adopts the well-reasoned decision

from the Southern District of New York in *Young v. James*, 2020 WL 6572798 (S.D.N.Y. Oct. 26, 2020) to dismiss this case and deny in forma pauperis status here and on appeal.

Upon the foregoing,

**IT IS ORDERED** that the plaintiff's November 2, Motion to Proceed In Forma Pauperis [Dkt. 2] is denied.   This matter is dismissed in its entirety.   The Clerk of Court shall enter judgment in favor of the defendant.

**IT IS FURTHER ORDERED** that plaintiff's November 2, 2020 Motion for Speedy Hearing/Oral Argument [Dkt. 3] and Motion for Email Filing and Notification [Dkt. 4] are denied as moot.

**IT IS FURTHER ORDERED** that any appeal from this order would not be taken in good faith and therefore in forma pauperis status is denied on appeal.   28 U.S.C. § 1915(a)(3).

**DATED** this 24th day of November, 2020.

_____
JOHN A. JARVEY, Chief Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA